IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT -7 A 9:24

Jody D. Ray 206678 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 3:05CV964-T
)  (To be supplied by Clerk of
Ala. Dept. of correction; )  U.S. District Court)
Alex City Community Based )
Facility; Donal Campbell; Steve )
Watson; Juanice Tensley; )
C.O.I Smith of (ACCBF) )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) ___N/A___

            Defendant(s) ___N/A___

        2.  Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Staton Correctional Center_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alex City Community Based Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

  NAME                                   ADDRESS
1. Department of Corrections, P.O. Box 301501 Mont. Ala. 36130
2. Donal Campbell 1400 Lloyd Street, Mont. Ala. 36107
3. Steve Watson, P.O. Drawer 160, Alex City Ala. 35011
4. Juanice Tensley, P.O. Drawer 160, Alex City, AL 35011
5. Officer Smith, P.O. Drawer 160 Alex City AL 35011
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Oct 10, 2003_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See attached_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*See attached*

GROUND TWO: *See attached*

SUPPORTING FACTS:

*See attached*

GROUND THREE: *See attached*

SUPPORTING FACTS:

*See attached*

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

See "Cause of action" In attached complaint.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10/03/05
         (Date)

_____
Signature of plaintiff(s)

4

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Jody D. Ray, #206678,<br>    Plaintiff,<br>vs.<br>Alabama Dept. of Corrections;<br>Alex City Community Based Facility (ACCBF);<br>Commisioner Donal Campble;<br>Steve Watson , Warden (ACCBF);<br>Juanice Tensley, C.O.I.(ACCBF);<br>[Unknown] Smith, C.O.I.(ACCBF),<br>    Defendants , | Case No.:_____<br>Jury Trial Demand |

## CIVIL RIGHTS COMPLAINT

This is a Civil Rights Complaint alleging violations of the Plaintiffs' United States Constitutional Rights; specifically his FIRST, FOURTH, FOURTEENTH AND EIGHTH AMENDMENT RIGHTS. Also Plaintiff invokes pendent jurisdiction of violations of state laws, i.e., Alabama Religious Freedom Amendment [Amend. No.622] and § 14-1-1.1 et. seq. of The Code of Alabama.

Jurisdiction is U.S.C. Section 1331, 1343, and Pendent Jurisdiction under Section 1367 for applicable state law violations.

All Defendants are sued in their Official, individual and/or Personal capacities.

## THE PARTIES

1. Defendant , Alabama Department of Corrections (ADOC), P.O. Box 301501, Montgomery , ALA. 36130;

2. Defendant, Donal Campbell, Commissioner (ADOC), 1400 Lloyd Street, Montgomery, ALA. 36107;

3. Defendant Steve Watson, Warden (ACCBF), P.O. Drawer 160, Alex City , ALA. 35011

4. Defendant Juanice Tensley (ACCBF), P.O. Drawer 160, Alex City , ALA. 35011;

5. Defendant [Unknown first name] Correctional Officer Smith, (ACCBF) P.O. Drawer 160, Alex City, ALA. 35011;

6. Plaintiff Jody D. Ray #206678, P.O. Box 56, Elmore , ALA. 36025.

## THE FACTS

7. Plaintiff Jody D. Ray is a practicing Odinist. Odinism is a bona fide , pre-christian faith.

8. Plaintiff was assinged to ACCBF on Oct. 4, 2003 when his locked box was searched by defendant Tensley.

   Defendant Tensley confiscated plaintiffs religious literature and ordered plaintiff to the shift office.

9. Once in the shift office plaintiff was interogated by defendants Smith and Tensley concerning plaintiffs faith.

   Defendants Smith and Tensley accused plaintiff of being prejudice.

10. Plaintiff explained that he , nor his faith , was "prejudice". Plaintiff stated that he had a constitutional right to read and study his European Heritage just like African-American Inmates are permitted by the DOC to possess and advocate Black-seperatist

beliefs and materials.

11. Defendant Smith, acting as a shift commander, hand cuffed plaintiff immediately after plaintiff mentioned the Constitution.

Defendant Tensley made racially discriminatory remarks to plaintiff calling him a 'racist and a minority'.

Defendant Tensley had two black inmates assist her in searching plaintiffs property.

12. Defendant Tensley read plaintiffs legal material in search of more religious material.

13. Plaintiff was placed in segregation and not permitted to observe the search of his property.

14. Defendant Watson took up the matter on about the 6th of Oct. Defendant Watson informed plaintiff the he (defendant) discovered unauthorized material (i.e. personal letters) in plaintiffs family's postal box.

Defendant Watson warned plaintiff not to be 'obstinate' toward him (defendant); that he (defendant) would decide whether plaintiff received one, two or three disciplinaries.

Plaintiff thereafter stopped mentioning the Constitution.

15. Defendant Watson directed defendant Tensley to write plaintiff a disciplinary for contraband: 2 keys, a small metal/plastic spoon and directions on how to synthesize drugs.

Plaintiff denied knowledge of the drug directions and was not found to be guilty of possessing such directions.

Keys and/or a spoon are not really contraband at a work release center where inmates shop at Wal-Mart.

Defendant Watson became the 'reviewing officer', and inceased the punishment for the disciplinary.

16.  The real reason plaintiff was written a disciplinary was because defendant Tensley had already croosed the line in segregating plaintiff for his religious beliefs.

17.  In the DOC African-American Inmates who adhere to unorthodox faiths (i.e. Nation of Islam, 5 % Nation, Moorish Science Temple, Social Conscious Development, Better Growth and Development) are not prevented from advocating racially agressive revolutionary agendas.

    These groups are given class rooms with T.V./ VCR;

    These groups are permitted literature;

    These groups host 'special events' ( sports, rap, etc.) ;

    These groups openly propagate anti-White, anti American Government and pro-black ideologues;

    These group members are not labeled 'racist'.

18.  As a result of plaintiffs solo study, he suffered the following:

    Plaintiff was placed in a cell and permitted only one shower in 12 days;

    Plaintiff was removed from work release and lost paid employment;

    Plaintiff's security level was increased to level four (4);

    Plaintiff has his prison file contaminated- labling him as a "White Supremasist";

    Plaintiff was denied parole;

    Plaintiff was denied return to work release although he met all the criteria;

    Plaintiff suffered a mental break down and is now on prozac .

FIRST

CAUSE OF ACTION

For plaintiff's first cause of action against defendants: Watson, Tensley, Smith and ACCBF, plaintiff States:

By this reference, plaintiff incorporates each and every allegation and fact set forth in the preceding paragraphs of the complaint as if fully set forth in specific detail herein.

Plaintiff Jody D. Ray alleges religious and racial discrimination by defendants Smith, Tensley and Watson because of their retalitory actions in writing plaintiff a frivolous disciplinary solely because of plaintiffs protected beliefs. This is a violation of plaintiff's Rights under the U.S. Constitution and its amendments and also State laws.

Plaintiff Jody D. Ray claims a sum in excess of $100,000.oo in compensatory damages and a sum in excess of $250,ooo.oo in punitive damages and nominal damages against each defendant. Also injunctive relief that the defamitory notations in plaintiff's prison file be removed, including the disciplinary action.

SECOND

CAUSE OF ACTION

For the plaintiff's cause of action against the ADOC and defendant Tensley, plaintiff states:

By this reference, plaintiff incorporates each and every fact and allegation set forth in the preceding paragraphs of the complasint as if fully set forth in specific detail herein.

Plaintiff Jody D. Ray alleges that it is a practiced custom within the ADOC to grant to one race of inmates certain privileges; and to retaliate against another race of people for attempting to enjoy such privileges; the only race of people receing the retaliation is white people who would seek pride in their culture and racial heritage.

Plaintiff claims declaritory and injunctive relief for an order that the DOC make a sincere investigation in to the practice of racial disparity in its institutions and institute special training for its officer's that will teach tolerance and equal treatment.

Plaintiff Claims injunctive relief requiring defendant Tensley to participate in such training. Any further relief that the court deems just and equitable.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS ___3___ DAY OF OCTOBER , 2005.

_____  
Notary Public

4/1/2006  
My Commission Expires

_____  
Plaintiff Jody D. Ray

Seal: