IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 NOV -1 A 9:39

JODY D. RAY, #206678
    Plaintiff,

v.

ALABAMA DEPT. OF
CORRECTIONS, et al.,

    Defendants,

CASE NO:
CIVIL ACTION NO: 3:05-CV-964-F
(WO)

## MOTION FOR EXTENTION OF TIME

COMES NOW, Jody Ray, the Plaintiff in the above entitled and numbered cause and requests additional time from this Court to pay the $25.00 filing fee (partial) for this action. Plaintiff submitts:

1. Plaintiff filed a Civil action against the above defendants and this court ordered that plaintiff must pay a $25.00 partial filing fee on the 31th day of Oct., 2005.

2. In a foot note of this Court's Oct. 14th order, it stated that: "Plaintiff is advised that if he is unable to procure the initial partial filing fee within the time allowed by this court he must inform the court of such inability and request an extention of time within which to file the fee."

3. The plaintiff relies upon his family for support; and as of the filing of this request, has received no funds and is unable to meet the Oct. 31st, 2005 deadline.

WHEREFORE, Plaintiff prays this Court to extend the amount of time within which to pay the $25.00 partial filing fee until November 20th, 2005.

NOTARY

SWORN to and subscribed before me on this 29th day of OCT. 2005.

_James H. Lindsey Jr._
Notary Public

_Jody Ray #206678_
Jody D. Ray #206678

1/28/08 Elmore, Al.
My Com. Exp.

SEAL:

CERTIFICATE OF SERVICE

I, Plaintiff Jody Ray do certify that I have sent to copies of the foregoing to the Clerk of the Court by placing two copies of same with postage prepaid and properly addressed as follows:

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery , ALA.
        36101-0711

On this 29 day of Oct. 2005.

_Jody Ray_