IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JODY D. RAY, #206 678      *

    Plaintiff,      *

    v.      *  CIVIL ACTION NO. 3:05-CV-964-F

ALABAMA DEPARTMENT OF      *
CORRECTIONS, *et al.*,
     *
    Defendants.

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 4) is GRANTED:

2. Plaintiff is GRANTED an extension from October 31, 2005 to November 21, 2005 to submit the court-ordered partial filing fee.

Done this 3rd day of November, 2005.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE