IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JODY D. RAY, #206 678, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-964-WKW- |
| | ) CSC (WO) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On December 23, 2005, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case. The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED.

2. The plaintiff's action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of March, 2006.

                /s/   W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE